THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH REITMAN, Appellant, *v.* THEODORE ROOSEVELT et al., Commissioners, Composing the Board of Police of the Police Department of the City of New York, Respondents.

*People ex rel. Reitman* v. *Roosevelt*, 42 App. Div. 621, appeal dismissed.
(Submitted October 3, 1900; decided October 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1899, dismissing a writ of certiorari to review the proceed-

ings of the defendants in dismissing the relator from the police force of the city of New York.

*Jacob Rouss* for appellant.

*John Whalen, Corporation Counsel* (*Theodore Connoly* and *William B. Crowell* of counsel), for respondents.

Appeal dismissed, with costs, on the authority of *People ex rel. May* v. *Maynard* (160 N. Y. 453); no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.